CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR18-294RSM |
| Plaintiff, ) | |
| ) | ORDER GRANTING THE |
| v. ) | UNOPPOSED MOTION TO |
| ) | CONTINUE TRIAL |
| VOLODIMYR PIGIDA, ) | |
| ) | |
| Defendants. ) | |

THIS COURT, having considered the unopposed motion to continue the trial date, and being familiar with the docket and pleadings filed therein,

HEREBY FINDS that a continuance of the trial date is necessary because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant Volodimyr Pigida in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

THIS COURT FURTHER FINDS that given the complexity of this case and the volume of discovery in the case, a reasonable period of delay is necessary on the grounds that the failure to grant such a continuance in the proceedings would be likely to make a continuation of such proceeding impossible and result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

THIS COURT FURTHER FINDS that this case is unusual and complex due to the issues of law and fact presented, and that it is unreasonable to expect adequate

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL
(*Volodimyr Pigida*; CR18-294RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

THIS COURT FURTHER FINDS that, to the extent that the issues presented by this case are not so complex or unusual, the defense and the government have exercised due diligence, and the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

FINALLY, THIS COURT FINDS, that the current pandemic, together with Mr. Pigida being out of custody on an appearance bond, supports the parties' request to re-schedule the trial to a date in June of 2021.

THIS COURT HEREBY GRANTS the Unopposed Motion for Continuance of Trial and sets the trial of this case for June 14, 2021.

THIS COURT FURTHER EXCLUDES the period of delay from the date of this order to the new trial date of June 14, 2021, from computing the time within which the trial must commence. This period of delay is excluded based on the findings of this Court that (a) the ends of justice served from granting the continuance outweigh the best interests of the public and defendant Volodimyr Pigida in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

THE COURT FURTHER SETS November 6, 2020 as a deadline for the parties to file an Amended Stipulated Case Management Order addressing deadlines for the filing of pretrial motions and responsive pleadings, production of discovery, and similar pretrial matters. If the parties have not agreed on a Case Management Order by November 6, 2020, the Court shall set a status conference to address case scheduling deadlines.

//
//
//

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL
(*Volodimyr Pigida*; CR18-294RSM) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  DATED this 22nd day of June, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Jesse Cantor*
Assistant Federal Public Defenders
Attorneys for Volodimyr Pigida

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL
(*Volodimyr Pigida*; CR18-294RSM) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**