1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-294RSM |
| | |
| Plaintiff, | |
| | SECOND AMENDED STIPULATED CASE |
| v. | MANAGEMENT ORDER |
| | |
| VOLODIMYR PIGIDA, | |
| | |
| Defendant. | |

On June 22, 2020, THE COURT entered an Order Granting the Unopposed

Motion to Continue Trial that required the parties to file a Stipulated Case Management

Order by November 6, 2020.  Having considered the parties' Second Amended Stipulated

Case Management Order,

THE COURT SETS the following schedule and deadlines for pretrial

matters, based upon the agreement of the parties:

| Event | Deadline/Date |
| --- | --- |
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A)-(F) and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c) | Completed; additional items will be produced on a rolling basis |

SECOND AMENDED STIPULATED
CASE MANAGEMENT ORDER/ - 1
U.S. v. Pigida, CR18-294RSM

| Event | Deadline/Date |
|---|---|
| Deadline to file Pretrial Motions:<br>Responses due:<br>Reply briefs due:<br>Noting Date: | March 12, 2021<br>March 19, 2021<br>March 26, 2021<br>March 26, 2021 |
| Status Conference/Hearing on Pretrial Motions | To be set in April 2021 |
| Defendants to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(3), with continuing obligation as set forth in Rule 16(c); Defendants to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2; Defendants to provide notice of advice of counsel defense and relevant discovery. | December 18, 2020 |
| Parties to provide expert disclosure with Rule 16 written summary (if any) | February 5, 2021 |
| Government to provide FRE 404(b) notices | February 5, 2021 |
| Parties to provide rebuttal expert disclosures (if any) | April 16, 2021 |
| Parties submit draft jury questionnaires | April 30, 2021 |
| Government to produce Jencks Act statements, with continuing obligation as set forth in Rule 16(c) | April 30, 2021 |
| Parties to file motions in limine and any motions re: 404(b), inextricably intertwined evidence, and jury selection. Responses due August 7, 2020; Reply briefs due August 14, 2020; Noting Date: August 14, 2020 | May 14, 2021 |
| Status Conference/Motions Hearing | To be set between June 1 and 13, 2021 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SECOND AMENDED STIPULATED
CASE MANAGEMENT ORDER/ - 2
U.S. v. Pigida, CR18-294RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline/Date |
|---|---|
| Government's witness list related to its case-in-chief; Government to produce Rule 26.2 and *Giglio* impeachment materials, with continuing obligation as set forth in Rule 16(c) | May 21, 2021 |
| Defendants' witness list related to its case-in-chief; Defendants to produce Jencks Act and Rule 26.2 materials, with continuing obligation as set forth in Rule 16(c) | May 21, 2021 |
| Exhibit Lists, Trial Briefs, Proposed Jury Instructions, Voir Dire, Verdict Forms, and supplemental witness list (if any) | May 28, 2021 |
| Pretrial Conference | To be set for between June 1 and 13, 2021 |
| Trial | June 14, 2021 |

Nothing in the above pretrial schedule prohibits a party from moving the Court to re-set a deadline for good cause.

Dated this 12th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

SECOND AMENDED STIPULATED
CASE MANAGEMENT ORDER/ - 3
U.S. v. Pigida, CR18-294RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2    Prepared by:

3

4    *s/ Marie Dalton*
     MARIE DALTON
5    Assistant United States Attorney

6
     *s/ Justin W. Arnold*
7    JUSTIN W. ARNOLD
     Assistant United States Attorney
8

9
     *s/ Sara Brin*
10   Attorney for Volodimyr Pigida

11
     *s/ Jesse Cantor*
12   Attorney for Volodimyr Pigida

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND AMENDED STIPULATED
CASE MANAGEMENT ORDER/ - 4
U.S. v. Pigida, CR18-294RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970