CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR18-294-RSM |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | MOTION TO FILE OVERLENGTH |
| ) | BRIEF |
| VOLODIMYR PIGIDA, ) | |
| Defendant. ) | |

This matter has come before the Court on Mr. Pigidas's motion to file an overlength brief in support of the defendant's motion for severance of counts and motion to dismiss count 1. The Court has considered the motion and the records herein.

IT IS NOW ORDERED that Mr. Pigida's motion to file an overlength brief is GRANTED.

DATED this 12th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Volodimyr Pigida

ORDER TO FILE OVERLENGTH BRIEF
(*USA v. Pigida*, CR18-294-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100