Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VOLODIMYR PIGIDA,<br><br>Defendant. | NO. CR18-294RSM<br><br>ORDER GRANTING LEAVE TO FILE AN OVERLENGTH RESPONSE TO DEFENDANT'S MOTION TO DISMISS COUNT 1 AND TO SEVER BANKRUPTCY COUNTS 22 - 27 |
|---|---|

THE COURT having considered the Government's Motion to File an Overlength Response to Defendant's Motion to Dismiss Count 1 and to Sever Bankruptcy Counts 22 - 27, and finding good cause,

HEREBY ORDERS that the motion is GRANTED. The United States is permitted to file a response to the Defendant's Motion to Dismiss and to Sever that is up to 30 pages in length.

DATED this 22nd day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Justin W. Arnold*
*/s/ Marie Dalton*
Assistant United States Attorneys

Order Granting Leave to File an Overlength Response - 1
(*United States v. Pigida* / CR18-294RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970