CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>VOLODIMYR PIGIDA,<br><br>               Defendant. | NO.  CR18-294RSM<br><br>ORDER TO CONTINUE TRIAL |

This matter comes before the Court on the parties' motion to continue the trial date and the facts set forth therein. Having thoroughly considered the motion and the relevant record, the Court adopts the facts set forth in the parties' Stipulated Motion to Continue Trial, and further finds as follows:

1. Over the past year, the COVID-19 pandemic has significantly impacted the Court's operations. (*See* General Orders 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, 15-20, 16-20, 17-20, 18-20, and 04-21, each of which the Court incorporates by reference).

2. In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle and King County regarding social

Order Continuing Trial - 1
(*Volodimyr Pigida*; CR18-294RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

distancing measures required to stop the spread of this disease, as well as the lack of the type of personal protective equipment necessary to ensure the health and safety of all participants, limiting the size and frequency of gatherings, including trials, remains critical to preventing serious injury and death from COVID-19. Additionally, public health guidance has impacted the number of jurors, witnesses, counsel, and Court staff that can be present in the courtroom.

3. In light of these restrictions, the Court finds that "failure to grant a continuance in th[is] proceeding would be likely to make continuation of such proceeding impossible, or result in a miscarriage of justice." 18 U.S.C. § 3161(h)(7)(B)(i). The parties represent that the presentation of this trial will require the presence of multiple witnesses, some of whom are located out of state. Given the current pandemic, out-of-state travel is not recommended, and precautions must be implemented. Additionally, translators will be required to ensure the Defendant and foreign language speaking witnesses are able to understand and participate in the proceedings. The need for these translators will increase the number of individuals required to be in the courtroom during trial. And due to the complexity of this case, the presentation of evidence will be lengthy, lasting three to four weeks in duration. In order to ensure that this trial can be safely conducted, a continuance is required.

4. Additionally, government counsel has numerous other trials pending in this District, which will impact their ability to adequately prepare for trial in this matter. Furthermore, defense counsel is unavailable in late-December and early-January. Accordingly, failure to grant the requested continuance "would unreasonably deny the defendant or the Government continuity of counsel." 18 U.S.C. § 3161(h)(7)(B)(iv).

Order Continuing Trial - 2
(*Volodimyr Pigida*; CR18-294RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial.

IT IS ORDERED that trial in this matter shall be continued to January 10, 2022.

IT IS FURTHER ORDERED that the period time from the date of this order, up to and including trial date of January 10, 2022, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 25th day of March 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jesse Cantor*
JESSE CANTOR

*/s/ Justin Arnold*
JUSTIN ARNOLD

Order Continuing Trial - 3
(*Volodimyr Pigida*; CR18-294RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**