UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-294RSM |
|---|---|
| Plaintiff, | |
| v. | THIRD AMENDED STIPULATED CASE MANAGEMENT ORDER |
| VOLODIMYR PIGIDA, | |
| Defendant. | |

On March 25, 2021, THE COURT entered an Order to Continue Trial. The parties have met and conferred and hereby file a proposed Third Amended Stipulated Case Management Order. Having considered the parties' Third Amended Stipulated Case Management Order,

THE COURT SETS the following schedule and deadlines for pretrial matters, based upon the agreement of the parties:

| Event | Deadline/Date |
|---|---|
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A)-(F) and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c) | Completed; additional items will be produced on a rolling basis |

THIRD AMENDED STIPULATED
CASE MANAGEMENT ORDER - 1
U.S. v. Pigida, CR18-294RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline/Date |
|---|---|
| Deadline to file Pretrial Motions:<br>Responses due:<br>Reply briefs due:<br>Noting Date: | Completed |
| Status Conference/Hearing on Pretrial Motions | To be set in October 2021 |
| Defendants to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(3), with continuing obligation as set forth in Rule 16(c); Defendants to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2; Defendants to provide notice of advice of counsel defense and relevant discovery. | Completed; additional items will be produced on a rolling basis |
| Parties to provide expert disclosure with Rule 16 written summary (if any) | September 27, 2021 |
| Government to provide FRE 404(b) notices | Completed |
| Parties to provide rebuttal expert disclosures (if any) | October 29, 2021 |
| Parties submit draft jury questionnaires | December 5, 2021 |
| Government to produce Jencks Act statements, with continuing obligation as set forth in Rule 16(c) | December 5, 2021 |
| Parties to file motions in limine and any motions re: 404(b), inextricably intertwined evidence, and jury selection. Responses due December 17, 2021; Reply briefs due December 27, 2021; Noting Date: December 27, 2021 | December 10, 2021 |
| Status Conference/Motions Hearing | To be set between January 5 and 7, 2022 |

THIRD AMENDED STIPULATED
CASE MANAGEMENT ORDER - 2
U.S. v. Pigida, CR18-294RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline/Date |
|---|---|
| Government's witness list related to its case-in-chief; Government to produce Rule 26.2 and *Giglio* impeachment materials, with continuing obligation as set forth in Rule 16(c) | December 23, 2021 |
| Defendants' witness list related to its case-in-chief; Defendants to produce Jencks Act and Rule 26.2 materials, with continuing obligation as set forth in Rule 16(c) | December 23, 2021 |
| Exhibit Lists, Trial Briefs, Proposed Jury Instructions, Voir Dire, Verdict Forms, and supplemental witness list (if any) | December 27, 2021 |
| Pretrial Conference | To be set for between January 3 and 7, 2022 |
| Trial | January 10, 2022 |

Nothing in the above pretrial schedule prohibits a party from moving the Court to re-set a deadline for good cause.

Dated this 12th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Marie Dalton*
MARIE DALTON
Assistant United States Attorney

THIRD AMENDED STIPULATED
CASE MANAGEMENT ORDER - 3
U.S. v. Pigida, CR18-294RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*s/ Justin W. Arnold*
JUSTIN W. ARNOLD
Assistant United States Attorney

*s/ Greg Murphy*
Attorney for Volodimyr Pigida

*s/ Jesse Cantor*
Attorney for Volodimyr Pigida

THIRD AMENDED STIPULATED
CASE MANAGEMENT ORDER - 4
U.S. v. Pigida, CR18-294RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970