Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-294RSM |
| Plaintiff, | |
| v. | FIFTH AMENDED STIPULATED CASE MANAGEMENT ORDER |
| VOLODIMYR PIGIDA, | |
| Defendant. | |

On April 22, 2022, THE COURT entered an Order to Continue Trial.  The parties have met and conferred and hereby file a proposed Fifth Amended Stipulated Case Management Order.   Having considered the parties' Fifth Amended Stipulated Case Management Order,

THE COURT SETS the following schedule and deadlines for pretrial matters, based upon the agreement of the parties:

| Event | Deadline/Date |
|---|---|
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A)-(F) and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c) | Completed; additional items will be produced on a rolling basis |

FOURTH AMENDED STIPULATED
CASE MANAGEMENT ORDER - 1
U.S. v. Pigida, CR18-294RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline/Date |
|---|---|
| Deadline to file Pretrial Motions:<br>Responses due:<br>Reply briefs due:<br>Noting Date: | Completed |
| Status Conference/Hearing on Pretrial Motions | Scheduled for June 9, 2022 |
| Defendants to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(3), with continuing obligation as set forth in Rule 16(c); Defendants to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2; Defendants to provide notice of advice of counsel defense and relevant discovery. | Completed; additional items will be produced on a rolling basis |
| Parties to provide expert disclosure with Rule 16 written summary (if any) | Completed |
| Government to provide FRE 404(b) notices | Completed |
| Parties to provide rebuttal expert disclosures (if any) | August 15, 2022 |
| Parties submit draft jury questionnaires | September 13, 2022 |
| Government to produce Jencks Act statements, with continuing obligation as set forth in Rule 16(c) | September 13, 2022 |
| Parties to file motions in limine and any motions re: 404(b), inextricably intertwined evidence, and jury selection. Responses due September 20, 2022; Reply briefs due September 30, 2022; Noting Date: September 30, 2022 | September 13, 2022 |
| Status Conference/Motions Hearing | To be set between October 3 and October 7, 2022 |

FOURTH AMENDED STIPULATED
CASE MANAGEMENT ORDER - 2
U.S. v. Pigida, CR18-294RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline/Date |
|---|---|
| Government's witness list related to its case-in-chief; Government to produce Rule 26.2 and *Giglio* impeachment materials, with continuing obligation as set forth in Rule 16(c) | September 27, 2022 |
| Defendants' witness list related to its case-in-chief; Defendants to produce Jencks Act and Rule 26.2 materials, with continuing obligation as set forth in Rule 16(c) | September 27, 2022 |
| Exhibit Lists, Trial Briefs, Proposed Jury Instructions, Voir Dire, Verdict Forms, and supplemental witness list (if any) | September 27, 2022 |
| Pretrial Conference | To be determined |
| Trial | October 11, 2022 |

Nothing in the above pretrial schedule prohibits a party from moving the Court to re-set a deadline for good cause.

Dated this 9th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

FOURTH AMENDED STIPULATED
CASE MANAGEMENT ORDER - 3
U.S. v. Pigida, CR18-294RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Prepared by:

2

3 | *s/ Justin W. Arnold*

4 | JUSTIN W. ARNOLD
Assistant United States Attorney

5

6 | *s/ Greg Murphy*

7 | Attorney for Volodimyr Pigida

8 | *s/ Jesse Cantor*

9 | Attorney for Volodimyr Pigida

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOURTH AMENDED STIPULATED
CASE MANAGEMENT ORDER - 4
U.S. v. Pigida, CR18-294RSM