CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VOLODIMYR PIGIDA, <br><br> Defendant. | No. CR18-294-RSM <br><br> ORDER GRANTING UNOPPOSED MOTION FOR RULE 15 DEPOSITIONS IN TORONTO, CANADA |

THIS MATTER having come before the Court on the Unopposed Motion of Volodimyr Pigida, for Rule 15 depositions in Toronto, Canada, upon consideration of the motion, the Court concludes that the motion should be granted.

IT IS HEREBY ORDERED that the motion to take foreign depositions is granted.

DATED this 17th day of June 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Jesse Cantor*
s/ *Gregory Murphy*
Assistant Federal Public Defenders
Attorneys for Volodimyr Pigida

ORDER GRANTING UNOPPOSED
MOTION FOR RULE 15 DEPOSITIONS
IN TORONTO, CANADA
(*U.S. v. Volodymir Pigida*, CR18-294-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100