The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-294 RSM |
| Plaintiff, | **ORDER TO SEAL** |
| v. | |
| VOLODIMYR PIGIDA, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Motion to Exclude Information Concerning Oleg Shevchuk;

It is hereby ORDERED that the United States' Motion to Exclude Information Concerning Oleg Shevchuk shall remain sealed.

DATED this 7th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Justin Arnold*
JUSTIN ARNOLD
Assistant United States Attorney

Order to Seal - 1
*United States v. Pigida* / CR18-294 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970