UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

VOLODIMYR PIGIDA,

Defendant.

CASE NO. CR18-294 RSM

ORDER DENYING EMERGENCY
MOTION TO TAKE WITNESS OUT OF
ORDER

THIS MATTER comes before the Court on Defendant's Emergency Motion to Take Witness Out of Order.  Dkt. #182.  Having considered the Motion, the Government's opposition thereto (Dkt. #185), and Defendant's Reply (Dkt. #186), the Court hereby finds and ORDERS that Defendant's Motion (Dkt. #182) is DENIED.

DATED this 9th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1