UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>VOLODIMYR PIGIDA,<br><br>                     Defendant. | Case No.   CR18-294RSM<br><br>ORDER |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 14-member jury in the above-entitled action.

Dated this 29th day of November, 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE