UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-294RSM |
| Plaintiff, | ORDER |
| v. | |
| VOLODIMYR PIGIDA, | |
| Defendant. | |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 12- member jury currently in deliberations in the above-entitled action.

Dated this 30th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1