UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>VOLODIMYR PIGIDA,<br><br>                Defendant. | Case No.   CR18-294RSM<br><br>ORDER |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 12-member jury in deliberations on **Thursday, December 1, 2022**, in the above-entitled action.

Dated this 2nd day of December, 2022.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE