HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>VOLODIMYR PIGIDA,<br><br>   Defendant. | Cause No. CR18-294 RSM<br><br>**ORDER ON MOTION TO EXTEND MOTION DEADLINE AND RESCHEDULE SENTENCING** |

This matter comes before the Court on the Defendant's motion to reschedule the due date for filing the Defendant's new trial motion and to reschedule the sentencing. The Defendant having shown good cause, it is hereby ordered that the motion is granted. Defendant's new trial motion shall be filed on or before June 26, 2023; the government's response is due on July 10, 2023, and defendant's

ORDER ON MOTION TO EXTEND
MOTION DEADLNE AND
RESCHEDULE SENTENCING - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

reply is due July 17, 2023.  Sentencing is rescheduled to August 4 at 10:00 AM.

This is the final continuance of the sentencing hearing in this matter.

DATED THIS 12th day of May, 2023

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER ON MOTION TO EXTEND
MOTION DEADLNE AND
RESCHEDULE SENTENCING - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818