HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VOLODIMYR PIGIDA,<br><br>    Defendant. | Cause No. 18-294 RSM<br><br>**ORDER PERMITTING DEFENDANT TO FILE OVERLENGTH MOTION** |

The Defendant has filed a motion requesting leave to file a new trial motion that exceeds the page limit prescribed by Local Criminal Rule 12(b)(5). The Defendant has shown good cause for his request, and it is therefore ordered that the motion is granted.

//

//

//

ORDER PERMITTING DEFENDANT TO
FILE OVERLENGTH MOTION - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS 3rd day of July, 2023.

                                          _____
                                          RICARDO S. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER PERMITTING DEFENDANT TO
FILE OVERLENGTH MOTION - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818