# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VOLODIMYR PIGIDA,<br><br>Defendant. | NO. CR18-294 RSM<br><br>ORDER TO UNSEAL ARREST WARRANT |

The Court, having considered the Motion to Unseal Arrest Warrant in the above-captioned matter, finds that the motion is GRANTED.

IT IS HEREBY ORDERED that the outstanding arrest warrant for the defendant shall be UNSEALED.

DATED this __18th__ day of August, 2023.

_____
~~BRIAN A. TSUCHIDA~~ RICARDO S. MARTINEZ
United States ~~Magistrate~~ District Judge

Presented by:

_s/ Philip Kopczynski_
PHILIP KOPCZYNSKI
Assistant United States Attorney

Motion to Unseal Arrest Warrant - 1
Volodimyr Pigida, CR18-294 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970